GAS 245D    (Rev. 06/21) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| David T. Conner | ) | |
| | ) | Case Number:    1:13CR00055-1 |
| | ) | USM Number:    17978-021 |
| | ) | James S. V. Weston |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special condition of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 3, 2020 |
| | See page two for additional violations | |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 5806

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:

Augusta, Georgia

January 11, 2024
Date of Imposition of Judgment

/s/ Dudley H. Bowen Jr.
Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

12 January 2024
Date

GAS 245D
(Rev. 06/21) Judgment in a Criminal Case for Revocations

Judgment— Page **2** of **3**

DEFENDANT: David T. Conner
CASE NUMBER: 1:13CR00055-1

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Concluded** |
| --- | --- | --- |
| 2 | The defendant failed to notify the probation officer at least ten days prior to any change in residence or employment (standard condition). | October 28, 2020 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | September 28, 2020 |
| 4 | The defendant failed to comply with a curfew as directed (special condition). | October 28, 2020 |
| 5 | The defendant left the judicial district without the permission of the Court or probation officer (standard condition). | March 7, 2021 |
| 6 | The defendant failed to comply with a curfew as directed (special condition). | March 7, 2021 |
| 7 | The defendant committed another federal, state, or local crime (mandatory condition). | April 11, 2021 |
| 8 | The defendant attempted to tamper with drug and alcohol abuse testing (special condition). | September 29, 2021 |
| 9 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | September 28, 2021 |
| 10 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 17, 2023 |
| 11 | The defendant committed another federal, state, or local crime (mandatory condition). | March 3, 2023 |
| 12 | The defendant failed to comply with a curfew as directed (special condition). | March 3, 2023 |

Judgment— Page **3** of **3**

DEFENDANT: David T. Conner
CASE NUMBER: 1:13CR00055-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   11 months, with no term of supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

  ☒ at   12:00   ☐ a.m.   ☒ p.m.   on   Tuesday, January 16, 2024   .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on   _____   .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL